UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

                         Plaintiff(s),

      - against -

380 YORKTOWN FOOD CORPORATION,
et al.,

                         Defendant(s).
-------------------------------------------------------x

**RESCHEDULING ORDER**

16 Civ. 5250 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    Due to the scheduling of a Show Cause Hearing on July 30, 2020 at 2:30 pm, the above case previously scheduled for Pretrial Conference on July 9, 2020 **is hereby adjourned until July 30, 2020 at 2:30 pm** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

SO ORDERED.

Dated:     White Plains, New York
              July 6, 2020

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2020