UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

                    Plaintiff,                         **ORDER**

      -against-                           16 Civ. 5250 (NSR)(JCM)

380 YORKTOWN FOOD CORPORATION,
*et al.*,

                    Defendants.
--------------------------------------------------------X

      On August 14, 2020, in response to the Court's August 10, 2020 Memo Endorsement, (Docket No. 129), the parties emailed the undersigned their respective positions regarding whether a settlement conference would be fruitful at this time.  After review, the Court believes that further communication between the parties is necessary before determining whether to schedule a conference.  Accordingly, counsel are directed to respond to any outstanding settlement proposals and to continue to participate in preliminary settlement discussions.  Furthermore, by September 4, 2020, the parties shall notify the Court, by letter filed on ECF, whether it should schedule a settlement conference in this matter.

Dated:    August 18, 2020
           White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge